ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| DAVID DONGARRA, individually; | CASE NO. 2:20-cv-00596-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff DAVID DONGARRA ("Plaintiff"), by and through his counsel, NETTLES MORRIS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action

…

…

…

...

…

…

4843-2818-7840.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this  17  day of  July , 2020.    DATED this  24   day of  July , 2020.

NETTLES | MORRIS                                LEWIS BRISBOIS BISGAARD SMITH LLP

 /s/ Christian M. Morris                              /s/ Cheryl A. Grames
CHRISTIAN M. MORRIS, ESQ.              ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 11218                            Nevada Bar No. 03062
1389 Galleria Dr., Ste. 200                      CHERYL A. GRAMES, ESQ.
Henderson, Nevada 89014                      Nevada Bar No. 12752
*Attorneys for Plaintiff*                              6385 S. Rainbow Boulevard, Suite 600
*David Dongarra*                                       Las Vegas, Nevada 89118
                                                                    *Attorneys for Defendant State Farm Mutual*
                                                                    *Automobile Insurance Company*

## ORDER

**IT IS SO ORDERED:**

Dated this  26th  day of    July        , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4843-2818-7840.1                               2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2020, I electronically filed the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court through Case Management/Electronic Filing System.

Christian M. Morris, Esq.
1389 Galleria Dr., Ste. 200
Henderson, Nevada 89014
*Attorneys for Plaintiff*

By  */s/ Mary Bradley-Estrada*
     An Employee of LEWIS BRISBOIS BIGAARD & SMITH